NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE:  PARALLAX GROUP INTERNATIONAL, LLC,**
*Appellant*

_____

2020-2078

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/013,852, 90/014,126.

_____

**JUDGMENT**

_____

JOHN DAVID VAN LOBEN SELS, Fish IP Law, LLP, Irvine, CA, argued for appellant Parallax Group International, LLC.  Also represented by JENNIFER SHIH.

PETER JOHN SAWERT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrew Hirshfeld.  Also represented by MARY L. KELLY, THOMAS W. KRAUSE, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 2, 2021          /s/ Peter R. Marksteiner
        Date              Peter R. Marksteiner
                          Clerk of Court